**FILED**

03/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0034

IN THE SUPREME COURT OF THE STATE OF MONTANA

NO. DA 22-0034

LUSTRE OIL COMPANY LLC, and
EREHWON OIL & GAS, LLC
a Montana Professional Corporation,

                Appellants,

-vs-

ANADARKO MINERALS, INC. and
A&S MINERAL DEVELOPMENT CO. LLC,

                Appellees

---

## ORDER GRANTING APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Pursuant to unopposed motion, and good cause appearing;

IT IS HEREBY ORDERED that Appellants are granted an additional thirty

(30) days from April 1, 2022, up to and including May 1, 2022, to file their

opening brief.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 21 2022